FREDERICK HEROLD, Appellant, v. STATE OF NEW YORK, Respondent.—

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.